IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 4TITUDE LTD.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BIO-RAD LABORATORIES, INC.<br><br>　　　　Defendant. | Civil Action No. _____ |

**PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Plaintiff 4titude Ltd., by and through its counsel, Fish & Richardson P.C., hereby discloses that:

1.　　4titude Ltd. is a nongovernmental corporate party in the above-captioned action. There is no parent corporation for 4titude Ltd.

2.　　There is no publicly held corporation that owns 10% or more of 4titude Ltd.

Dated: August 4, 2006     FISH & RICHARDSON P.C.

By: /s/ William J. Marsden, Jr.
William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

OF COUNSEL:
Ann N. Cathcart Chaplin
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Ph: (612) 335-5070
Fax: (612) 288-9696

Attorneys for Plaintiff
4TITUDE LTD.

60372932.doc