AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

06 - 482

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

_8/4/06_
(Date forms issued)

_____
(Signature of Party or their Representative)

_FRANK JOYCE / PARCELS, INC._
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action