IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 4TITUDE LTD., <br><br> Plaintiff, <br><br> v. <br><br> BIO-RAD LABORATORIES, INC. <br><br> Defendants. | Civil Action No. 06-482 (JJF) |

**NOTICE OF DISMISSAL**

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff, 4titude, Ltd., hereby dismisses this action without prejudice.

Dated:  December 4, 2006          FISH & RICHARDSON P.C.


By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone:  (302) 652-5070
Facsimile:    (302) 652-0607

OF COUNSEL:
Ann N. Cathcart Chaplin
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, MN  55402
Telephone:  (612) 335-5070
Facsimile:    (612) 288-9696

Attorneys for Plaintiff
4titude Ltd.