AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Delaware___ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>06cv482 | DATE FILED<br>8/4/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>4titude Ltd. | | DEFENDANT<br>Bio-Rad Laboratories, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,340,589 B1 | 1/22/02 | MJ Research, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| *see attached* |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*[signature]* Blansfield | DATE<br>12/7/06<br>~~August 7, 2006~~ |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 4TITUDE LTD., <br><br> Plaintiff, <br><br> v. <br><br> BIO-RAD LABORATORIES, INC. <br><br> Defendants. | Civil Action No. 06-482 (JJF) |

**NOTICE OF DISMISSAL**

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff, 4titude, Ltd., hereby dismisses this action without prejudice.

Dated:  December 4, 2006          FISH & RICHARDSON P.C.


By: */s/ William J. Marsden, Jr.*
   William J. Marsden, Jr. (#2247)
   919 N. Market Street, Suite 1100
   P.O. Box 1114
   Wilmington, DE 19899-1114
   Telephone:  (302) 652-5070
   Facsimile:    (302) 652-0607

   OF COUNSEL:
   Ann N. Cathcart Chaplin
   FISH & RICHARDSON P.C.
   60 South Sixth Street, Suite 3300
   Minneapolis, MN  55402
   Telephone:  (612) 335-5070
   Facsimile:    (612) 288-9696

Attorneys for Plaintiff
4titude Ltd.